## John H. Strom and Irvin E. Wernick, Trading as Ace Laundry Company, Appellants, v. Earl A. Welden, Trading as Welden Electric Company, Appellee.

**Gen. No. 10,764.**

Raphael E. Yalden, for appellants; no brief filed for appellee. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed November 19, 1954; released for publication December 6, 1954.